| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| P25 | 234047 | LO1668 | | 0000223738 | |

# Earnings Statement

**ADP**

3816-0001
DIVERSIFIED MAINTENANCE SYSTEMS, LLC
5110 SUNFOREST DR
SUITE 250
TAMPA, FL 33634-6395

Period Beginning: 05/10/2020
Period Ending: 05/23/2020
Pay Date: 06/02/2020

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 5
  GA: 6,Both Spouses Working

JORGE A RONDON COLLAZO
10247 HIGHWAY 92 BUILDING 100
APT 300
WOODSTOCK GA 30188

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0000 | 73.25 | 732.50 | 7,897.50 |
| Overtime | | | | 3.75 |
| Holiday | | | | 57.50 |
| Vacation | | | | 400.00 |
| **Gross Pay** | | | **$732.50** | 8,358.75 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Social Security Tax | | -45.41 | 518.24 |
| Medicare Tax | | -10.62 | 121.20 |
| GA State Income Tax | | -22.78 | 267.99 |
| **Other** | | | |
| Garnishment | | | 820.30 |
| **Net Pay** | | **$653.69** | |
| Paycard1Stdata | | -653.69 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Tot Work Hours | 73.25 | 790.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 1-800-351-1557

Your federal taxable wages this period are $732.50

© 2000 ADP, LLC

DIVERSIFIED MAINTENANCE SYSTEMS, LLC
5110 SUNFOREST DR
SUITE 250
TAMPA, FL 33634-6395

Advice number: 00000223738
Pay date: 06/02/2020



Deposited to the account of
JORGE A RONDON COLLAZO

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxxxxx6888 | xxxx xxxx | $653.69 |

# NON-NEGOTIABLE

| CO. | FILE | DEPT | CLOCK | VCHR NO. |
|---|---|---|---|---|
| P25 | 234047 | LO1668 | | |

3540-0001

DIVERSIFIED MAINTENANCE SYSTEMS, LLC
5110 SUNFOREST DR
SUITE 250
TAMPA, FL 33634-6395

# Earnings Statement

**ADP**

Period Beginning: 04/26/2020
Period Ending: 05/09/2020
Pay Date: 05/19/2020

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 5
  GA: 6, Both Spouses Working

JORGE A RONDON COLLAZO
10247 HIGHWAY 92 BUILDING 100
APT 300
WOODSTOCK GA 30188

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0000 | 72.75 | 727.50 | 7,165.00 |
| Overtime | | | | 3.75 |
| Holiday | | | | 57.50 |
| Vacation | | | | 400.00 |
| **Gross Pay** | | | **$727.50** | 7,626.25 |

| **Other Benefits and Information** | this period | total to date |
|---|---|---|
| Tot Work Hours | 72.75 | 716.75 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 1-800-351-1557

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Social Security Tax | -45.11 | 472.83 |
| | Medicare Tax | -10.55 | 110.58 |
| | GA State Income Tax | -22.50 | 245.21 |
| | **Other** | | |
| | Garnishment | | 820.30 |
| | **Net Pay** | **$649.34** | |
| | Paycard1Stdata | -649.34 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $727.50

© 2000 ADP, LLC

DIVERSIFIED MAINTENANCE SYSTEMS, LLC
5110 SUNFOREST DR
SUITE 250
TAMPA, FL 33634-6395

Advice number: 00000203477
Pay date: 05/19/2020

Deposited to the account of
JORGE A RONDON COLLAZO

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxxxxx6888 | xxxx xxxx | $649.34 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| P25 | 234047 | LO1666 | | 00 |

# Earnings Statement

ADP

3466-0001
DIVERSIFIED MAINTENANCE SYSTEMS, LLC
5110 SUNFOREST DR
SUITE 250
TAMPA, FL 33634-6395

Period Beginning: 04/12/2020
Period Ending: 04/25/2020
Pay Date: 05/05/2020

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 5
  GA: 6,Both Spouses Working

JORGE A RONDON COLLAZO
10247 HIGHWAY 92 BUILDING 100
APT 300
WOODSTOCK  GA 30188

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0000 | 76.25 | 762.50 | 6,437.50 |
| Overtime | | | | 3.75 |
| Holiday | | | | 57.50 |
| Vacation | | | | 400.00 |
| **Gross Pay** | | | **$762.50** | 6,898.75 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Tot Work Hours | 76.25 | 644.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 1-800-351-1557

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -47.27 | 427.72 |
| | Medicare Tax | -11.05 | 100.03 |
| | GA State Income Tax | -24.51 | 222.71 |
| | **Other** | | |
| | Garnishment | | 820.30 |
| | **Net Pay** | **$679.67** | |
| | Paycard1Stdata | -679.67 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $762.50

© 2000 ADP, LLC

DIVERSIFIED MAINTENANCE SYSTEMS, LLC
5110 SUNFOREST DR
SUITE 250
TAMPA, FL 33634-6395

Advice number: 00000183417
Pay date: 05/05/2020

Deposited to the account of
JORGE A RONDON COLLAZO

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxxxxx6888 | xxxx xxxx | $679.67 |


THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT | CLOCK | VCHR NO. |
|---|---|---|---|---|
| P25 | 234047 | LO1668 | | |

## Earnings Statement 

DIVERSIFIED MAINTENANCE SYSTEMS, LLC
5110 SUNFOREST DR
SUITE 250
TAMPA, FL 33634-6395

Period Beginning: 03/29/2020
Period Ending:   04/11/2020
Pay Date:        04/21/2020

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 5
  GA:      6, Both Spouses Working

JORGE A RONDON COLLAZO
10247 HIGHWAY 92 BUILDING 100
APT 300
WOODSTOCK  GA  30188

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0000 | 64.00 | 640.00 | 5,675.00 |
| Overtime | | | | 3.75 |
| Holiday | | | | 57.50 |
| Vacation | | | | 400.00 |
| **Gross Pay** | | | **$640.00** | 6,136.25 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Tot Work Hours | 64.00 | 567.75 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 1-800-351-1557

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Social Security Tax | | -39.68 | 380.45 |
| Medicare Tax | | -9.28 | 88.98 |
| GA State Income Tax | | -17.47 | 198.20 |
| **Other** | | | |
| Garnishment | | -86.04 | 820.30 |
| **Net Pay** | | **$487.53** | |
| Paycard1Stdata | | -487.53 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $640.00



DIVERSIFIED MAINTENANCE SYSTEMS, LLC
5110 SUNFOREST DR
SUITE 250
TAMPA, FL  33634-6395

Advice number: 00000163541
Pay date: 04/21/2020

Deposited to the account of
JORGE A RONDON COLLAZO

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxxxxx6888 | xxxx xxxx | $487.53 |

**NON-NEGOTIABLE**

© 2000 ADP, LLC

| CO. | FILE | DEPT | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| P25 | 234047 | LO1668 | | 00014 | 4480-0001 |

# Earnings Statement 

DIVERSIFIED MAINTENANCE SYSTEMS, LLC
5110 SUNFOREST DR
SUITE 250
TAMPA, FL 33634-6395

Period Beginning:   03/15/2020
Period Ending:      03/28/2020
Pay Date:           04/07/2020

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 5
  GA: 6,Both Spouses Working

JORGE A RONDON COLLAZO
10247 HIGHWAY 92 BUILDING 100
APT 300
WOODSTOCK GA 30188

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0000 | 80.00 | 800.00 | 5,035.00 |
| Overtime | | | | 3.75 |
| Holiday | | | | 57.50 |
| Vacation | | | | 400.00 |
| **Gross Pay** | | | **$800.00** | 5,496.25 |

| **Other Benefits and Information** | this period | total to date |
|---|---|---|
| Tot Work Hours | 80.00 | 503.75 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 1-800-351-1557

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Social Security Tax | -49.60 | 340.77 |
| | Medicare Tax | -11.60 | 79.70 |
| | GA State Income Tax | -26.67 | 180.73 |
| | **Other** | | |
| | Garnishment | -106.82 | 734.26 |
| | **Net Pay** | **$605.31** | |
| | Paycard1Stdata | -605.31 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $800.00

© 2000 ADP, LLC

---

DIVERSIFIED MAINTENANCE SYSTEMS, LLC
5110 SUNFOREST DR
SUITE 250
TAMPA, FL 33634-6395

Advice number:  00000144427
Pay date:       04/07/2020

Deposited to the account of
JORGE A RONDON COLLAZO

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxxxxx6888 | xxxx xxxx | $605.31 |

**THIS IS NOT A CHECK**

# NON-NEGOTIABLE

# Earnings Statement

**ADP**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| P25 | 234047 | LO1668 | | |

4658-0001

DIVERSIFIED MAINTENANCE SYSTEMS, LLC
5110 SUNFOREST DR
SUITE 250
TAMPA, FL 33634-6395

Period Beginning: 03/01/2020
Period Ending: 03/14/2020
Pay Date: 03/24/2020

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 5
  GA: 6, Both Spouses Working

JORGE A RONDON COLLAZO
10247 HIGHWAY 92 BUILDING 100
APT 300
WOODSTOCK GA 30188

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0000 | 80.00 | 800.00 | 4,235.00 |
| Overtime | | | | 3.75 |
| Holiday | | | | 57.50 |
| Vacation | | | | 400.00 |
| **Gross Pay** | | | **$800.00** | 4,696.25 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Tot Work Hours | 80.00 | 423.75 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 1-800-351-1557

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -49.60 | 291.17 |
| | Medicare Tax | -11.60 | 68.10 |
| | GA State Income Tax | -26.67 | 154.06 |
| | **Other** | | |
| | Garnishment | -106.82 | 627.44 |
| | **Net Pay** | **$605.31** | |
| | Paycard1Stdata | -605.31 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $800.00

© 2000 ADP, LLC

DIVERSIFIED MAINTENANCE SYSTEMS, LLC
5110 SUNFOREST DR
SUITE 250
TAMPA, FL 33634-6395

Advice number: 00000124593
Pay date: 03/24/2020

Deposited to the account of
JORGE A RONDON COLLAZO

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxxxxx6888 | xxxx xxxx | $605.31 |



**NON-NEGOTIABLE**

| CO. | FILE | DEPT | CLOCK | VCHR NO. | |
|---|---|---|---|---|---|
| P25 | 234047 | LO1668 | | | |

4734-0001

# Earnings Statement

DIVERSIFIED MAINTENANCE SYSTEMS, LLC
5110 SUNFOREST DR
SUITE 250
TAMPA, FL 33634-6395

Period Beginning: 02/16/2020
Period Ending: 02/29/2020
Pay Date: 03/10/2020

ADP

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 5
 GA: 6, Both Spouses Working

JORGE A RONDON COLLAZO
10247 HIGHWAY 92 BUILDING 100
APT 300
WOODSTOCK GA 30188

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0000 | 70.25 | 702.50 | 3,435.00 |
| Overtime | | | | 3.75 |
| Holiday | | | | 57.50 |
| Vacation | | | | 400.00 |
| **Gross Pay** | | | **$702.50** | 3,896.25 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Tot Work Hours | 70.25 | 343.75 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 1-800-351-1557

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -43.56 | 241.57 |
| | Medicare Tax | -10.19 | 56.50 |
| | GA State Income Tax | -21.07 | 127.39 |
| | **Other** | | |
| | Garnishment | -94.15 | 520.62 |
| | **Net Pay** | **$533.53** | |
| | Paycard1Stdata | -533.53 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $702.50

© 2000 ADP, LLC

DIVERSIFIED MAINTENANCE SYSTEMS, LLC
5110 SUNFOREST DR
SUITE 250
TAMPA, FL 33634-6395

Advice number: 00000104653
Pay date: 03/10/2020



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| JORGE A RONDON COLLAZO | xxxxxxxxxxxx6888 | xxxx xxxx | $533.53 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT | CLOCK | VCHR. NO. | | |
|---|---|---|---|---|---|---|
| P25 | 234047 | LO1668 | | 0000084638 | | |

4696-0001

## Earnings Statement

DIVERSIFIED MAINTENANCE SYSTEMS, LLC
5110 SUNFOREST DR
SUITE 250
TAMPA, FL 33634-6395

Period Beginning:    02/02/2020
Period Ending:       02/15/2020
Pay Date:            02/25/2020

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal:  5
  GA:       6,Both Spouses Working

JORGE A RONDON COLLAZO
10247 HIGHWAY 92 BUILDING 100
APT 300
WOODSTOCK GA 30188

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0000 | 77.50 | 775.00 | 2,732.50 |
| Overtime | 15.0000 | .25 | 3.75 | 3.75 |
| Holiday | | | | 57.50 |
| Vacation | | | | 400.00 |
| **Gross Pay** | | | **$778.75** | 3,193.75 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Tot Work Hours | 77.75 | 273.50 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 1-800-351-1557

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Social Security Tax | | -48.28 | 198.01 |
| Medicare Tax | | -11.29 | 46.31 |
| GA State Income Tax | | -25.45 | 106.32 |
| **Other** | | | |
| Garnishment | | -104.06 | 426.47 |
| **Net Pay** | | **$589.67** | |
| Paycard1Stdata | | -589.67 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $778.75

© 2000 ADP, LLC

DIVERSIFIED MAINTENANCE SYSTEMS, LLC
5110 SUNFOREST DR
SUITE 250
TAMPA, FL 33634-6395

Advice number:    00000084638
Pay date:         02/25/2020

Deposited to the account of
JORGE A RONDON COLLAZO

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxxxxx6888 | xxxx xxxx | $589.67 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| P25 | 234047 | LO1666 | | 00000648 | |

4752-0001

# Earnings Statement

**ADP**

DIVERSIFIED MAINTENANCE SYSTEMS, LLC
5110 SUNFOREST DR
SUITE 250
TAMPA, FL 33634-6395

Period Beginning: 01/19/2020
Period Ending: 02/01/2020
Pay Date: 02/11/2020

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 5
  GA: 6,Both Spouses Working

JORGE A RONDON COLLAZO
10247 HIGHWAY 92 BUILDING 100
APT 300
WOODSTOCK GA 30188

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0000 | 40.00 | 400.00 | 1,957.50 |
| Vacation | 10.0000 | 40.00 | 400.00 | 400.00 |
| Holiday | | | | 57.50 |
| **Gross Pay** | | | **$800.00** | 2,415.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Tot Work Hours | 40.00 | 195.75 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 1-800-351-1557

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -49.60 | 149.73 |
| | Medicare Tax | -11.60 | 35.02 |
| | GA State Income Tax | -26.67 | 80.87 |
| | **Other** | | |
| | Garnishment | -106.82 | 322.41 |
| | **Net Pay** | **$605.31** | |
| | Paycard1Stdata | -605.31 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $800.00

© 2000 ADP, LLC

DIVERSIFIED MAINTENANCE SYSTEMS, LLC
5110 SUNFOREST DR
SUITE 250
TAMPA, FL 33634-6395

Advice number: 00000064638
Pay date: 02/11/2020

Deposited to the account of
JORGE A RONDON COLLAZO

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxxxxx6888 | xxxx xxxx | $605.31 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

| CO. | FILE | DEPT | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| P25 | 234047 | LO1668 | | 0000044705 |

4774-0001

DIVERSIFIED MAINTENANCE SYSTEMS, LLC
5110 SUNFOREST DR
SUITE 250
TAMPA, FL 33634-6395

Period Beginning: 01/05/2020
Period Ending: 01/18/2020
Pay Date: 01/28/2020

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 5
  GA: 6, Both Spouses Working

JORGE A RONDON COLLAZO
10247 HIGHWAY 92 BUILDING 100
APT 300
WOODSTOCK GA 30188

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0000 | 78.50 | 785.00 | 1,557.50 |
| Holiday | | | | 57.50 |
| **Gross Pay** | | | **$785.00** | 1,615.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -48.67 | 100.13 |
| | Medicare Tax | -11.38 | 23.42 |
| | GA State Income Tax | -25.81 | 54.20 |
| | **Other** | | |
| | Garnishment | -104.87 | 215.59 |
| | **Net Pay** | **$594.27** | |
| | Paycard1Stdata | -594.27 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Tot Work Hours | 78.50 | 155.75 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 1-800-351-1557

Your federal taxable wages this period are $785.00

© 2000 ADP, LLC

DIVERSIFIED MAINTENANCE SYSTEMS, LLC
5110 SUNFOREST DR
SUITE 250
TAMPA, FL 33634-6395

Advice number: 00000044705
Pay date: 01/28/2020

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| JORGE A RONDON COLLAZO | xxxxxxxxxxxx6888 | xxxx xxxx | $594.27 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| P25 | 234047 | LO1668 | | 00000024731 |

4799-0001

DIVERSIFIED MAINTENANCE SYSTEMS, LLC
5110 SUNFOREST DR
SUITE 250
TAMPA, FL 33634-6395

Period Beginning: 12/22/2019
Period Ending: 01/04/2020
Pay Date: 01/14/2020

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 5
  GA: 6,Both Spouses Working

JORGE A RONDON COLLAZO
10247 HIGHWAY 92 BUILDING 100
APT 300
WOODSTOCK GA 30188

### Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0000 | 77.25 | 772.50 | 772.50 |
| Holiday | 10.0000 | 5.75 | 57.50 | 57.50 |
| **Gross Pay** | | | **$830.00** | 830.00 |

### Deductions

**Statutory**
| | this period | year to date |
|---|---|---|
| Social Security Tax | -51.46 | 51.46 |
| Medicare Tax | -12.04 | 12.04 |
| GA State Income Tax | -28.39 | 28.39 |

**Other**
| | | |
|---|---|---|
| Garnishment | -110.72 | 110.72 |
| **Net Pay** | **$627.39** | |
| Paycard1Stdata | -627.39 | |
| **Net Check** | **$0.00** | |

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Tot Work Hours | 77.25 | 77.25 |

### Important Notes
YOUR COMPANY PHONE NUMBER IS 1-800-351-1557

Your federal taxable wages this period are $830.00

© 2000 ADP, LLC

---

DIVERSIFIED MAINTENANCE SYSTEMS, LLC
5110 SUNFOREST DR
SUITE 250
TAMPA, FL 33634-6395

Advice number: 00000024731
Pay date: 01/14/2020

Deposited to the account of: JORGE A RONDON COLLAZO

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxxxxx6888 | xxxx xxxx | $627.39 |



**NON-NEGOTIABLE**